UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANDRE M. PEARSON,                    )
                                     )
              Petitioner,            )
                                     )
v.                                   )          Case No. 4:08CV424  RWS
                                     )
STEVE LARKINS,                       )
                                     )
              Respondent.            )

## MEMORANDUM AND ORDER

This matter is before me on the petition for writ of habeas corpus filed by Petitioner

Andre M. Pearson.  I referred this matter to United States Magistrate Judge Terry I. Adelman for

a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On

February 28, 2011, Judge Adelman filed his recommendation that Wilkerson's habeas petition

should be denied.

Objections to Judge Adelman's Report and Recommendation were due to be filed by

March 14, 2011.  As of the date of this order, Pearson has not filed any objection to the Report

and Recommendation.  After careful consideration, I will adopt and sustain the thorough

reasoning of Judge Adelman and I will deny Pearson's habeas petition for the reasons stated in

the Report and Recommendation dated February 28, 2011.

I have also considered whether to issue a certificate of appealability.  To grant a

certificate of appealability, the Court must find a substantial showing of the denial of a federal

constitutional right.  See Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997).  A substantial

showing is a showing that issues are debatable among reasonable jurists, a Court could resolve

the issues differently, or the issues deserve further proceedings.  Cox v. Norris, 133 F.3d 565,

569 (8th Cir. 1997) (citing <u>Flieger v. Delo</u>, 16 F.3d 878, 882-83 (8th Cir. 1994). Because Pearson has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Adelman's Report and Recommendation filed on February 28, 2011 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Andre Pearson's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2011.